UNITED STATES of America,
Plaintiff-Appellee,

v.

Mario FLORES–RAMOS, Defendant-Appellant.

No. 73–1040.

United States Court of Appeals,
Ninth Circuit.

July 6, 1973.

John J. Cleary (argued), Robert Ripley, Jr., Fed. Public Defenders, San Diego, Cal., for defendant-appellant.

Douglas G. Hendricks, Asst. U. S. Atty. (argued), Harry D. Steward, U.

---

New York, 5 Cir. 1970, 431 F.2d 409, Part I.

S. Atty., Stephen G. Nelson, Shelby R. Gott, Matthew T. Kissane, Asst. U. S. Attys., San Diego, Cal., for plaintiff-appellee.

Before CHAMBERS and CHOY, Circuit Judges, and SWEIGERT,* District Judge.

### ORDER RECALLING ORDER

The order reversing the case on the authority of Almeida-Sanchez v. United States, — U.S. —, 93 S.Ct. 2535, 37 L.Ed.2d 596 decided June 21, 1973, is recalled.

The parties are invited to submit simultaneous briefs within 14 days on the question of whether Almeida-Sanchez is retroactive.